**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (State Bar #118694)**
**VICTORIA M. CIGANDA (State Bar #215719)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Plaintiff
PAMELA LYNN RUX


**DAVID R. ONGARO (State Bar No. 154698)**
**DAVID R. BURTT (State Bar No. 201220)**
**GIG C. HOANG (State Bar No. 241182)**
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LYNN RUX, <br><br>     Plaintiff, <br><br>  vs. <br><br> STARBUCKS CORPORATION, a Washington corporation; and DOES I through XX, inclusive, <br><br>     Defendants. | Case No. 2:05-cv-2299-MCE-EFB <br><br> **STIPULATION AND ORDER EXTENDING THE DISCOVERY DEADLINE SET FORTH IN THE PRETRIAL (STATUS) SCHEDULING ORDER** |

//

1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff PAMELA LYNN RUX and Defendant STARBUCKS CORPORATION, by and through their respective undersigned counsel, hereby stipulate as follows:

1. On May 22, 2006, the Court issued a Pretrial (Status) Scheduling Order. The discovery deadline is set for September 20, 2006. All dispositive motions must be heard no later than February 20, 2007. The Final Pretrial Conference is set for May 21, 2007, and the Trial Date is set for June 20, 2007.

2. The discovery deadline of September 20, 2006, shall be extended to **November 17, 2006**.

3. The parties do not believe that modification of the Pretrial (Status) Scheduling Order extending the discovery deadline should impact any other dates and do not request modification of any other dates set forth in the Order.

Dated: September 6, 2006    **LAW OFFICES OF JOHNNY L. GRIFFIN, III**

By:   /s/ Victoria M. Ciganda
    VICTORIA M. CIGANDA
    Attorney for Plaintiff PAMELA LYNN RUX

Dated: September 6, 2006    **PERKINS COIE LLP**

By:   /s/  Gigi C. Hoang
    (as authorized on September 6, 2006)
    GIGI C HOANG
    Attorney for Defendant
    STARBUCKS CORPORATION

**IT IS SO ORDERED.**

**Dated: September 8, 2006**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com