DAVID R. ONGARO, State Bar No. 154698
DAVID R. BURTT, State Bar No. 201220
GIGI C. HOANG, State Bar No. 241182
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111
Telephone:  (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LYNN RUX,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION, a Washington corporation,<br><br>　　　　　　Defendant. | Case No. 2:05-CV-2299-MCE-PAN<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE DISCOVERY DEADLINE FOR DEPOSITIONS NOTICED BEFORE NOVEMBER 17, 2006**<br><br>**(Local Rule 6-144)** |

　　　　WHEREAS, on November 6, 2006, Plaintiff Pamela Rux ("Plaintiff") noticed the depositions of Starbucks employees Chris Frickstad, Nancy Beall, and Scott Bechler;

　　　　WHEREAS, Starbucks Corporation ("Starbucks") has also agreed to produce for deposition current partners Jayson Edwards, Jennifer Reilly, Michelle Riddiough, Meigan Lacabanne, Sir Sams, Amy Gonsor, and Amy Matthews;

　　　　WHEREAS, on September 8, 2006, the Court issued an Order extending the fact discovery cut-off to November 17, 2006;

　　　　WHEREAS, good cause exists to further extend the fact discovery cut-off so that Plaintiff can complete the depositions of the above-listed employees.  Starbucks and Plaintiff continue to meet and confer in good faith to schedule these depositions; however, several of the witnesses live

1 outside the state and others are unavailable for deposition prior to the current fact discovery cut-
2 off;

3 WHEREAS, in hopes of avoiding unnecessary motion practice and promoting discovery of
4 all relevant and necessary facts, the Parties have agreed to extend the time by which Plaintiff may
5 depose the above-listed Starbucks partners up through and including January 15, 2007; and

6 WHEREAS, the Parties do not believe an Order extending the discovery deadline should
7 impact any other dates and do not request modification of any other dates set forth in the Pretrial
8 (Status) Scheduling Order.

10 The Parties therefore stipulate, by and through their attorneys of record, that the deadline
11 for Plaintiff to complete the depositions of Chris Frickstad, Nancy Beall, Scott Bechler, Jayson
12 Edwards, Jennifer Reilly, Michelle Riddiough, Meigan Lacabanne, Sir Sams, Amy Gonsor, and
13 Amy Matthew shall be extended to **January 15, 2007**.

15 Dated: November 13, 2006             **PERKINS COIE LLP**

17                                       By:/s/ Gigi C. Hoang
                                             Gigi C. Hoang

18                                       Attorneys for Defendant
                                         STARBUCKS CORPORATION

19 Dated: November 13, 2006             **LAW OFFICES JOHNNY L. GRIFFIN III**

20                                       By:   /s/ Victoria M. Ciganda authorized on 11/15/06
                                             Victoria M. Ciganda

22                                       Attorneys for Plaintiff
                                         PAMELA LYNN RUX

23 **IT IS SO ORDERED.**

24 Dated: November 17, 2006

26                                       MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE

-2-
STIPULATION FOR EXTENSION OF TIME                              [18177-0148/12230239_1.DOC]
Case No. 2:05-CV-02299-MCE-EFB

18177-0148/LEGAL12231464.1