DAVID R. ONGARO, State Bar No. 154698
DAVID R. BURTT, State Bar No. 201220
JONMI N. KOO, State Bar No. 233136
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LYNN RUX,<br><br>     Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION, a Washington corporation,<br><br>     Defendant. | Case No. 2:05-CV-02299-MCE-EFB<br><br>**ORDER MODIFYING SECOND AMENDED FINAL PRETRIAL ORDER**<br><br>Local Rule 16-283<br><br>Action filed:   November 14, 2005<br>Trial date:      February 4, 2008 |

Defendant Starbucks Corporation's ("Starbucks") *Ex Parte* Application for Order Modifying Second Amended Final Pretrial Order came before this Court on November 27, 2007. Upon consideration of this Application, the Memorandum of Points and Authorities in support thereof, and the supporting declaration, the Court finds good cause exists to modify the Pretrial Order. Good cause having been shown, the Court orders as follows:

///

///

///

---

[PROPOSED] ORDER
Case No. 2:05-CV-02299-MCE-EFB
18177-0148/LEGAL13748726.1

1  IT IS HEREBY ORDERED that Plaintiff is to file her opposition to the Starbucks Motion
2  in Limine Regarding the Admissibility of Certain Evidence Regarding its Alleged Preferential
3  Treatment of Similarly Situated Heterosexual Employees by December 7, 2007, Starbucks is to
4  file its reply by December 14, 2007, and the Court shall hold a hearing (to the extent the Court
5  deems necessary) on January 11, 2008 at 9:00 a.m..

Dated:  November 28, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE