UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAMELA LYNN RUX,                          No. 2:05-cv-02299-MCE-EFB

         Plaintiff,

    v.                                    **ORDER RE: SETTLEMENT AND
                                          DISPOSITION**

STARBUCKS CORPORATION,

         Defendant.
_____/

    Pursuant to the representations of the attorney for
Plaintiff, the Court has determined that this case is settled[1].
In accordance with the provisions of Local Rule 16-160,
dispositional documents are to be filed on or before January
14, 2008.

    Failure to comply with this Order may be grounds for the
imposition of sanctions on any and all counsel as well as any
party or parties who cause non-compliance with this Order.

 Dated: December 18, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

---

    [1] The January 11, 2008 Motion in Limine hearing, February 1,
2008 Motion in Limine hearing, and February 4, 2008 jury trial
are vacated.