1  **LAW OFFICES JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN, III (State Bar #118694)**
2  **VICTORIA M. CIGANDA (State Bar #215719)**
3  1010 F Street, Suite 200
   Sacramento, California 95814
4  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
5
   Attorneys for Plaintiff PAMELA LYNN RUX
6

7  **DAVID R. ONGARO, State Bar No. 154698**
   **DAVID R. BURTT, State Bar No. 201220**
8  **JONMI NAI ON KOO, State Bar No. 233136**
   **PERKINS COIE LLP**
9  Four Embarcadero Center, Suite 2400
   San Francisco, California 94111
10 Telephone:  (415) 344-7000
11 Facsimile:  (415) 344-7050

12 Attorneys for Defendant
   STARBUCKS CORPORATION
13

14
                     **UNITED STATES DISTRICT COURT**
15
                     **EASTERN DISTRICT OF CALIFORNIA**
16

17

| | |
|---|---|
| PAMELA LYNN RUX, | Case No. 2:05-CV-02299-MCE-EFB |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER [FRCP 41(a)(1)]** |
| STARBUCKS CORPORATION, a Washington corporation; and DOES I through XX, inclusive, | |
| Defendants. | |

25 ///
26 ///
27 ///
28 ///

---

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**   -1-   **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
1010 F STREET, STE 200 SACRAMENTO, CA 95814
PHONE: (916) 444-5557   FAX: (916) 444-5558

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Pamela Lynn Rux and counsel for Defendant Starbucks Corporation, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or her own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: December 20, 2007                LAW OFFICES OF JOHNNY L. GRIFFIN, III

                                        By:     /s/  Victoria M. Ciganda
                                                VICTORIA M. CIGANDA
                                                Attorney for PAMELA LYNN RUX

Dated: December 20, 2007                PERKINS COIE LLP

                                        By:     /s/  David R. Burtt
                                                DAVID R. BURTT
                                                (As authorized on December 19, 2007)
                                                Attorney for Defendant STARBUCKS
                                                CORPORATION

**IT IS SO ORDERED.**

**DATED:** March 3, 2008

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE